**FILED**
04/17/202
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WILLIAM A. WHITE,

    Plaintiff,

v.                                  Case No.: 1:22-cv-02405-TWP-TAB

ROBERT K. DECKER, et al.,       DEFENDANT'S MOTION FOR A
                                           PROTECTIVE ORDER

    Defendants.
_____/

    The Defendant, Robert K. Decker hereby moves this Honorable Court for entry of a Protective Order, pursuant to Federal Rule of Civil Procedure 26(c)(1). In support of that motion, Defendant states the following:

1. Plaintiff, Willaim A. White, a prisoner, procedding pro se, brings this action against Defendant Robert K. Decker, the Federal Bureau of Prisons, and the United states of America, alleging rights that have been violated by the Defendants.

2. Some of the statements in the original complaint are sladerous and defamatory towards the Defendant. These statements will and can bring harm to Mr. Decker withinthe Bureau of Prisons population. The statements made by the Plaintiff, Whiterare defematory and slanderous to the fact that they are incorrect and false.

3. Given the safety and security of the Defendant, Mr. Decker movessthis Honorable Court for a Court Ordeer Sealing the Complaint and any other materials that may be served and filed in this case.

4. Pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure and 5 USC §552a(b)(1) and for good cause shown, the Court enters the following protective order (the Protective Order).

-1-

5. Pursuant to Judge Gilbert from the East Saint Loius, Illinois Division, "White has subsequently subjected to a filing ban. See White v. Collis, Case No. 20-cv-1117-JPG, 2021 U.S. Dist. LEXIS 183941 (S.D. ILL. Sept. 27, 2021) (two-year filing ban); (Doc. 24) White v. United States, Case No. 17-cv-683-JPG (S.D. ILL. Sept. 27, 2021)(Doc. 116)(Two-year filing ban). White is prohibited from filing any civil pleadings in any pending or new action. The restrcition does not apply to Notices of Appeal. See also; White v. Federal Bureau of Prisons, 2022 U.S. Dist. LEXIS 20004 (S.D. ILL. E. St. Louis Div.) Honorable Nancy J. Rosenstengel. Therefore Mr. White should of been blocked from submittingthis complaint without leave of the court first from Judge Gilbert. Mr. White has a propensity to file slanderous and defamatory pleadings within the courts. That is why he was on a two-year ban, "nation wide."

6. Wherefore, the Defendant, Robert K. Decker moves for this Honorable Court for a Protective Order sealing any filings that are filed with this Court by Mr. White and for any other relief that this Honorable court deems fair and correct.

DECLARATION IN SUPPORT OF MOTION

I, certify and state that the foregoing statements made by me are true and correct tothe best of my knowledge and beliefs, pursuant to the penalties of perjury and 28 U.S.C. §1746.

Dated: April 12, 2023

Respectfully submitted,

Robert K. Decker #51719-074
USP Marion, PO Box 1000
Marion, IL 62959