UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
06/06/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

WILLIAM A. WHITE,

    Plaintiff,

v.                             Case No.: 1:22-cv-02405-TWP-TAB

ROBERT K. DECKER, et al.,

    Defendants.
_____/

## DEFENDANT ROBERT K. DECKER'S

### ANSWER TO THE COMPLAINT

For his answer to the Complaint filed by Plaintiff, William A. White, hereinafter, "Mr. White," Defendant Robert K. Decker, hereinafter, "Mr. Decker," in his personal capacity, is proceeding pro se, states as follows: [1]

**ANSWER 1.** Mr Decker lacks knowledge or information sufficient to admit or deny #1. of "The Complaint" regarding whether or not Mr. White's statements on Administrative Remedies.

**ANSWER 2.** Mr. Decker lacks knowledge or information sufficient to admit or deny #2. of the complaint, regarding whether or not Mr. White is serving a total of 349 months imprisonment.

**ANSWER 3.** Mr. Decker admits that he "is a federal prisoner serving a term of imprisonment at the United States Penitentiary, in Marion, Illinois. Mr. Decker denies the remaining allegations that "This Court has jurisdiction over Indiana Common Law Tort Claims against

---

[1] For ease of reference, Mr. Decker in his personal capacity has set forth Mr. White's allegations verbatim except where specifically noted below.

-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WILLIAM A. WHITE,

    Plaintiff,

v.

Case No.: 1:22-cv-02405-TWP-TAB

ROBERT K. DECKER, et al.,

    Defendants.
_____/

## DEFENDANT ROBERT K. DECKER'S

### ANSWER TO THE COMPLAINT

For his answer to the Complaint filed by Plaintiff, William A. White, hereinafter, "Mr. White," Defendant Robert K. Decker, hereinafter, "Mr. Decker," in his personal capacity, is proceeding pro se, states as follows: [1]

**ANSWER**
1.    Mr Decker lacks knowledge or information sufficient to admit or deny #1. of "The Complaint" regarding whether or not Mr. White's statements on Administrative Remedies.

**ANSWER**
2.    Mr. Decker lacks knowledge or information sufficient to admit or deny #2. of the complaint, regarding whether or not Mr. White is serving a total of 349 months imprisonment.

**ANSWER**
3.    Mr. Decker admits that he "is a federal prisoner serving a term of imprisonment at the United States Penitentiary, in Marion, Illinois. Mr. Decker denies the remaining allegations that "This Court has jurisdiction over Indiana Common Law Tort Claims against

---

[1] For ease of reference, Mr. Decker in his personal capacity has set forth Mr. White's allegations verbatim except where specifically noted below.

-1-

Mr. Decker pursuant to 28 U.S.C. §1367."

ANSWER
4.     Mr. Decker denies any allegation to this claim since it does not involve Mr. Decker.

ANSWER
5.     Mr. Decker denies any allegation to this claim since it does not involve Mr. Decker.

ANSWER
6.     Mr. Decker denies any allegation based on acts which did or did not occur at the Federal Correctional Institution, in Terre Haute, Indiana, Communications Management Unit, between January 21 and July 21, 2022. Mr. Decker also denies that this Honorable Court is the proper venue for this action at this time due to procedural bars that Mr. White has failed to overcome.

ANSWER
7.     Mr. Decker denies this allegation on the grounds that he is unable to discern facts described in this allegation.

ANSWER
8.     Mr. Decker denies this allegation on the grounds that he is unable to discern the facts described in this allegation.

ANSWER
9.     Mr. Decker denies this allegation on the grounds that he is unable to discern facts described in this allegation.

ANSWER
10.    Mr Decker denies this allegation onthe grounds that he is unable to discern facts described in this allegation.

ANSWER
11.    **Mr. Decker denies this allegation** on the grounds that it is

false and defamatory. Mr. Decker admits that he is a convicted drug dealer. Mr. Decker also admits he had cooperated with Federal Prosecutor's, e.g. "Proffered."

ANSWER
12.    Mr. Decker admits he was transferred to the United States Penitentiary Marion, Illinois Communications Management Unit. Mr. Decker denies that he attempted to befriend Mr. White. Mr. Decker denies this alleged conversation ever occurred or to the fact that Mr. White ever assisted me in legal work, e.g. Decker v. Lukens. Mr. White is extremely delusional that any of #12. ever occurred. Mr. Decker denies even knowing who Mr. Mathew Hale was at that time.

ANSWER
13.    Mr. Decker denies any alleagtion to this claim on the grounds that it does not involve Mr. Decker.

ANSWER
14.    Mr. Decker denies any allegation to this claim on the grounds that it does not involve Mr. Decker.

ANSWER
15.    Mr. Decker denies any alleagtion to this claim on the grounds that it does not involve Mr. Decker.

ANSWER
16.    Mr. Decker denies any allegation to this claim onthe grounds that it does not involve Mr. Decker. Mr. White is extremely delusional.

ANSWER
17.    Mr. Decker denies any allegation to this claim on the grounds that it does not involve Mr. Decker.

ANSWER
18.    Mr. Decker denies any allegation to this claim on the grounds that it does not involve Mr. Decker.

ANSWER
19.     Mr. Decker denies any allegation to this claim on the grounds that it does not involve Mr. Decker and to the fact that this is total heresay.

ANSWER
20.     Mr. Decker denies any allegation to this claim on the grounds that it does not involve Mr. Decker.  Mr. White is fabricating the conditions of the Special Housing Unit.

ANSWER
21.     Mr. Decker denies any allegation to this claim on the grounds that it does not invlove Mr. Decker.

ANSWER
22.     Mr. Decker denies any allegation to this claim on the grounds that it does not invlove Mr. Decker.

ANSWER
23.     Mr. Decker denies any allegation to this claim on the grounds that it does not invlove Mr. Decker.

ANSWER
24.     Mr. Decker denies any allegation to this claim on the grounds that it does not invlove Mr. Decker.

ANSWER
25.     Mr. Decker admits he did enter Mr. White's cell.  Mr. Decker denies the alleged statement that I allegedly stated to Mr. White of "I needed to get his name out of my mouth." "because I'd messed him up with the United States Attorney."

ANSWER
26.     Mr. Decker denies that everything was captured on video camera on the grounds that these statements are not in fact and will be discoverable material at a later date.

ANSWER
27.     Mr. Decker denies this allegation.

-4-

ANSWER
28.     Mr. Decker denies this allegation on the grounds that the alleged video will show this did not occur.

ANSWER
29.     Mr. Decker denies this allegation on the grounds that the video will show this did not happen at that time.

ANSWER
30.     Mr. Decker denies this allegation on Mr. White's part.

ANSWER
31.     Mr. Decker denies this alleagtion onthe grounds that Mr. Decker was not present for this alleged conversation that he had with Officer Emerson.

ANSWER
32.     Mr. Decker denies this alleagtion on the grounds that Mr. Decker was not present for this alleged conversation with Officer Emerson.

ANSWER
33.     Mr. Decker denies this allegation on the grounds that Mr. Decker cannot discern whether this alleged happened or did not happen.

ANSWER
34.     Mr. Decker disputes this on the grounds that Mr. White must be confused on the grounds that he was incarcerated in the Terre Haute, Federal Correctional Institution, Communications Management Unit, in Terre Haute, Indiana on February 18, 2022.

ANSWER
35.     Mr. Decker denies this allegation on the grounds that again Mr. White must be confused with the dates of this allegation, because again he was incarcerated in the Terre Haute facility at the

time and date described in the complaint.

ANSWER
36.   Mr. Decker denies any of the allegations in this claim on the grounds that Mr. Decker cannot discren the facts stated in this claim.

ANSWER
37.   Mr. Decker denies this allegation on the grounds that Mr. Decker was not present for this alleged conversation.

ANSWER
38.   Mr. Decker denies this allegation on the grounds that I was never asked anything about the alleged assault by any federal authorities. Mr. Decker also denies causing any emotional distres upon Mr. White at any time.

ANSWER
39.   Mr. Decker denies this allegation on the grounds that Mr. Decker was not present for this alleged conversation with Ms. Eisele. This allegation goes to show that Mr. White's time lines are distorted and that he must be confused with the time lines of where he was at the times alleged in the complaint.

ANSWER
40.   Mr. Decker denies this allegation on the grounds that it is vague to the point of it does not state where I allegedly came from.

ANSWER
41.   Mr. Decker denies this allegation on the grounds that I was not present for this alleged scenario with D.H.O. Bradley.

ANSWER
42.   Mr. Decker denies this allegation on the grounds that I was not present for this alleged scenario with D.H.O. Bradley.

ANSWER
43.   Mr. Decker denies this allegations on the grounds that it

does not involve Mr. Decker.

ANSWER
44.  I deny this alleagtion on the grounds that it does not involve Mr. Decker in any shape form or fashion.

ANSWER
45.  I deny this allegation on the grounds that it again does not involve Mr. Decker.

ANSWER
46.  Mr. Decker denies this alleagtion on the grounds that alleged inmates did not check Mr. Decker "in" to the SHU. Mr. Decker had decided to refuse the Communications Management Unit Program and Mr. Decker had received three incident reports from staff stating that Mr. Decker was refusing a direct order to go back to the unit, refusing program and refusing housing in the C.M.U. Mr. Decker was sanction for all three incident reports.

ANSWER
47.  Mr. Decker denies this allegation on the grounds that Mr. Decker cannot disern whether this had happened or not.

ANSWER
48.  Mr. Decker denies this allegation on the grounds that Mr. White is delusional and is fabricating that I had made these statements to him.

ANSWER
49.  Mr. Decker denies this allegation on the grounds that I cannot discern whether this had happened or not.

ANSWER
50.  Mr. Decker denies this allegation on the grounds that I am not a physcologist.

ANSWER
51.  Mr. Decker denies this allegation on the grounds that these

-7-

issues have already been asked and answered by the Plaintiff.

ANSWER
52.     Mr. Decker denies this allegation on the grounds that I am not qualified to discern whether the B.O.P. had a duty of care or not for the Plaintiff.

ANSWER
53.     Mr. Decker denies this claim on the grounds that it does not concern Mr. Decker whether the United States was negligent or not.

ANSWER
54.     Mr. Decker denies this allegation on the grounds that I am not privy to whether Mr. White had suffered blindness or other pyschiatric disorders.

ANSWER
55.     Mr. Decker denies this allegation on the grounds that I am not in a position to discern whether or not Mr. White should receive $250,000.00 in compensatory damages.

ANSWER
56.     Mr. Decker states that an answer is not justified in this allegation.

ANSWER
57.     Mr. Decker denies this allegation on the grounds that the United States recklessly or with specific intent for any of the allegations stated in this claim.

ANSWER
58.     Mr. Decker denies this alleagtion on the grounds that it does not concern whether or not Mr. White received anything as of a result of the United States.

ANSWER
59.     Mr. Decker denies this claim on the grounds that Mr. White should not recive any damages for this claim.

ANSWER
60.     Mr. Decker denies this allegation on the grounds that it has already been asked and answered.

ANSWER
61.     Mr. Decker denies this allegation on the grounds that it has already been asked and answered.

ANSWER
62.     Mr. Decker denies this allegation on the grounds that it has already been asked and answered.

ANSWER
63.     Mr. Decker denies this allegation on the grounds that it has already been asked and answered.

ANSWER
64.     Mr. Decker denies this allegation on the grounds that it has already been asked and answered.

ANSWER
65.     Mr. Decker denies this alleagtion on the grounds that I did not intentionally inflict emotional distress upon Mr. White, nor did I cause Mr. White to be sprayed by the United States or cause Mr. White to be placed in the SHU. Mr. Decker denies that he ever caused Mr. White any emotional distress.

ANSWER
66.     Mr. Decker denies that he caused Mr. White to suffer from any emotional distress or other ailments.

ANSWER
67.     Mr. Decker denies that Mr. White should recieve any type of compensation.

ANSWER
68.     Mr. Decker denies this alleagtion on the grounds that it has already been asked and answered.

ANSWER
69.     Mr. Decker denies that he battered Mr. White with a closed fist and caused the United States to spray Mr. White with OC Spray.

ANSWER
70.     Mr. Decker denies this alleagtion on the grounds that it has already been asked and answered.

ANSWER
71.     Mr. Decker denies this alleagtion and that Mr. White should not recieve any type of compensatory or punative damages.

ANSWER
72.     Mr. Decker denies this alleagtion on the grounds that it has already been asked and answered.

ANSWER
73.     Mr. Decker denies this alleagtion on the grounds that it has already been asked and answered.

ANSWER
74.     Mr. Decker denies this alleagtion on the grounds that Mr. White should not receive any type of nominal or compensatory damages.

ANSWER
75.     Mr. Decker denies this alleagtion on the grounds that it has already been asked and answered.

ANSWER
76.     Mr. Decker denies this alleagtion on the grounds that it has no bearing on Mr. Decker.

ANSWER
77.     Mr. Decker denies this alleagtion on the grounds that it does not have any effect on Mr. Decker for this alleagtion by Mr. White.

ANSWER
78.     Mr. Decker denies this allegation on the grounds that it has no bearing upon Mr. Decker.

ANSWER
79.     Mr. Decker denies this alleagtion on the grounds that it has no bearing upon Mr. Decker.

ANSWER
80.     Mr. Decker denies this alleagtion on the grounds that it has no bearing upon Mr. Decker.

ANSWER
81.     Mr. Decker denies this alleagtion on the grounds that it has no bearing upon Mr. Decker.

ANSWER
82.     Mr. Decker denies this allegation on the grounds that it has been asked and answered.

ANSWER
83.     Mr. Decker denies this alleagtion on the grounds that it has no bearing upon Mr. Decker.

ANSWER
84.     Mr. Decker denies this alleagtion on the grounds that it does not have any bearing upon Mr. Decker.

ANSWER
85.     Mr. Decker denies this alleagtion on the grounds that it has already been asked and answered.

ANSWER
86.     Mr. Decker denies this alleagtion on the grounds that it has

-11-

no bearing upon Mr. Decker.

ANSWER
87.    Mr. Decker denies this alleagtion on the grounds that Mr. White should not receive any type of damages pursuant to the allegations that have been stated in the complaint.

## DECLARATION

I certify and state the foregoing statements made by me are true and correc to the best of my knowledge and beliefs pursuant to the penalties of perjury and 28 U.S.C. §1746.

Dated:   May   25, 2023

Robert K. Decker #51719-074
USP Marion, PO Box 1000
Marion, IL. 62959

## CERTIFICATE OF SERVICE

I, certify that I personally handed my ANSWER to a B.O.P. employee for mailing, postage paid, first class, on May 25, 2023 to be mailed to the United States District Court, Southern District of Indiana, Terre Haute, Indiana.

Dated:   May 25, 2023

Robert K. Decker #51719-074

-12-