IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

William A White
   Plaintiff

v.

Robert K Decker, et al
   Defendants

Case No: 22-cv-2405-TWP-TAB

FILED 07/14/2023 U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA Roger A.G. Sharpe, Clerk

## NOTICE

Comes Now the Plaintiff, William A White, and, I give the Court and all Parties Notice that,

Whereas Count VII of the Complaint alleges, in part, that defendant Bureau of Prisons ("BOP's") policy of imposing monetary fines on inmates violates US Const Amend VII and the accompanying argument also states a violation of the non-delegation doctrine,

The United States Supreme Court has accepted a case, SEC v. Jarkesy, Sup Ct No: 22-859 which may be determinative of this issue.

Respectfully Submitted,

/s/ William A White

William A White # 13888-084

-1-

Federal Correctional Institution ("FCI")-
Cumberland
PO Box 1000
Cumberland, MD 21501

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was mailed to the Clerk of the Court, Robert K Decker, and AUSA Traci Cosby, 1ST Class Postage Prepaid, this 10TH day of July, 2023.

*William A. White*

William A. White