IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| William A. White <br><br> Plaintiff <br><br> v. <br><br> Robert K. Decker, et al. <br><br> Defendants | Case No: 1:22-cv-02405-TWP-TAB <br><br> Judge Pratt |

## NOTICE

Comes Now the Plaintiff, William A. White, and I hereby give this Court and all parties Notice that:

1) On November 15, 2024, I moved to compel Robert Decker's initial disclosures.

2) Today, November 25, 2024, I received the attached letter from Decker. As the copy given me by the Bureau of Prisons ("BOP") is difficult to read, I repeat the body here:

"You are suing me, the BOP & the United States. I do not have to prove my case, you do. I do not have anything to dis-close in this matter."

3) This answer moots my Motion to Compel Decker's initial disclosures.

-1-

Respectfully Submitted,

*[signature]*

William A White # 13888-084

FCI- Cumberland

PO Box 1000

Cumberland, MD 21501

CERTIFICATE OF SERVICE

I hereby certify that this Notice was mailed to the Clerk of the Court, Robert K Decker and AUSA Traci Cosby, 1ST Class Postage Prepaid, this 26TH day of November 2024.

*[signature]*

William A White

-2-

William McWhite #13888-084
Federal Correctional Institution - Cumberland
PO Box 1000
Cumberland, MD 21501

BALTIMORE MD 212
27 NOV 2024 PM 2 L

⇔ 13888-084 ⇔
Us Dist Ct Sd Indiana
921 OHIO ST
Rm 104
Terre Haute, IN 47807
United States

FILED
DEC 04 2024
U.S. CLERK'S OFFICE

LEGAL MAIL

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829