UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM A. WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:22-cv-02405-TWP-TAB |
| ROBERT KENNETH DECKER, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

The Court, having reviewed Defendants' Motion to Depose Federal Inmates and being duly advised, hereby GRANTS the motion and ORDERS that Defendants may conduct Plaintiff William A. White's deposition at the Federal Correctional Institution in Cumberland, Maryland at a date, time, and manner to be determined between counsel and the Institution, subject to all custodial and security rules, regulations, and orders required by Plaintiff's custodian.

The Court also ORDERS that Defendants may conduct Co-Defendant Robert Kenneth Decker's deposition at the Federal Correctional Institution in Marion, Illinois at a date, time, and manner to be determined between counsel and the Institution, subject to all custodial and security rules, regulations, and orders required by Co-Defendant's custodian.

The Court further ORDERS that counsel for Defendants must arrange for Plaintiff to participate in Co-Defendant's deposition through written questions under Federal Rule of Civil Procedure 30(c)(3), if Plaintiff so chooses.

SO ORDERED.

Date: 12/6/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION:

All ECF-registered counsel of record via email generated by the court's ECF system.

WILLIAM A. WHITE
13888-084
CUMBERLAND - FCI
CUMBERLAND FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
CUMBERLAND, MD 21501

ROBERT KENNETH DECKER
51719-074
MARION – FCI
MARION FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
MARION, IL 62959