UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM A. WHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT KENNETH DECKER, et al., )<br>)<br>Defendants. ) | Cause No. 1:22-cv-02405-TWP-TAB |

### NOTICE TO COURT

The United States of America and Federal Bureau of Prisons (collectively "Defendants") notify the Court as follows.

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, and the Court's March 26, 2025 Order on Pending Motions, [Dkt. 177 at 3], Defendants will take the deposition of Plaintiff, William A. White, at the Cumberland Federal Correctional Institution, 14601 Burbridge Road SE, Cumberland, MD, 21502, via Webex beginning at 9:00 a.m. ET, on Thursday April 24, 2025. The testimony will be recorded by stenographic, audio, and/or video means. Defendants are serving Plaintiff will the notice of his rescheduled deposition contemporaneous with this filing.

Defendants have also received a Notice of Change of Address for Robert K. Decker ("Co-Defendant"), [Dkt. 80], in *Decker v. United States of America*, No. 2:23-cv-00065-MPB-MG. This notice informs that, as of March 18, 2025, Co-Defendant's address is 5745 Artesian Street, Detroit, MI. 48228. Accordingly, until Co-Defendant confirms his address in this case, Defendants will serve Co-Defendant at both: Cherry Street Services, INC., Community Treatment Center, 8333 Townsend Street, Detroit, MI 48213 (the facility to which Co-Defendant was assigned upon his release from USP Marion), and 5745 Artesian Street, Detroit, MI. 48228 (the address that he provided in his March 18, 2025 filing).

Respectfully submitted,

              JOHN E. CHILDRESS
              Acting United States Attorney

        By: */s/ Traci M. Cosby*
             Traci Marie Cosby
             Assistant United States Attorney
             Office of the United States Attorney
             10 W. Market St., Suite 2100
             Indianapolis, IN 46204-3048
             Traci.Cosby@usdoj.gov
             Telephone: (317) 226-6333
             Fax: (317) 226-5027

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, a copy of the foregoing *Notice to Court* was filed electronically. Service of this filing will be made on the following ECF-registered counsel by operation of the Court's electronic filing system:

None.

I hereby certify that on March 28, 2025, a copy of the foregoing *Notice to Court* was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

WILLIAM A. WHITE
13888-084
CUMBERLAND - FCI
CUMBERLAND FEDERAL CORRECTIONAL INSTITUTION
Legal Mail/open only in the presence of the inmate
P.O. BOX 1000
CUMBERLAND, MD 21501

ROBERT K. DECKER
5745 Artesian Street
Detroit, MI. 48228

and

ROBERT K. DECKER
51719-074
Cherry Street Services, INC.
Community Treatment Center
8333 Townsend Street
Detroit, MI 48213

                                                */s/ Traci M. Cosby*
                                                Traci Marie Cosby
                                                Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204