IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| William A White<br>Plaintiff<br>v.<br>Robert K Decker, et al<br>Defendants | 1:22-cv-02405-TWP-TAB<br><br>Case No: 22-cv-2405<br>Judge Pratt |

## PRELIMINARY WITNESS LIST

Comes Now the Plaintiff, William A White, and I provide this Preliminary Witness List:

1) For the reasons given in the Motion for Default Judgment (Doc 160) and the Fed. R. Civ. P. 56(d) motion to be filed next week, because of the defendants United States Of America's and Federal Bureau Of Prisons ("BOP's") (collectively "the federal defendants") refusal to comply with discovery orders, refusal to name or identify witnesses as ordered, and this Court's refusal to issue deposition subpoenas, resolve discovery issues and grant necessary extensions, I cannot as of today proceed to trial on Count I, or II except as regards "spraying me in the face with OC spray" and "withholding medical care for my OC spray related injuries" or Count X.

2) On the issues that can proceed to trial, I will call:
   a) William White - to testify as to the circumstances of Decker's and

Calloway's assaults on him, on his property claims, and on the Disciplinary Hearing Officer ("DHO") process;

b) Catherine White — will testify as to William White's subscriptions to the publications named in the Amended Complaint and the books listed in Schedule A;

c) Robert Decker — will have his admissions entered but will not be called as a witness. Plaintiff's position is that Decker's deposition is inadmissible and that Decker may not call himself to testify;

d) Brian Calloway — has not been deposed. He will testify that he sprayed himself in the face with OC spray, couldn't see clearly what he was doing after that, battered White because he was angry he had sprayed himself, and falsified a DHO report to cover up his error;

e) Joshua Emerson — has not been deposed. He will testify that he was too far away and that his line of sight was obscured and that he couldn't see what occurred between White and Decker, but he falsified his report because he's worked for the BOP so long that lying to cover up other officers' mistakes is second nature to him. He will also try to deny withholding medical care from White;

f) Mohammed Alessa — has not been deposed. He will testify that Calloway sprayed himself in the face with OC spray;

g) Mohammed Amawi — has not been deposed. He will testify that Lt. Pine falsified the time stamp on the decontamination video.

h) Jason Bradley — has not been deposed. He will testify that he falsely included in his DHO report the statement that the video showed White striking Decker with closed fist because he's worked for the BOP so long that lying to cover up other officers' mistakes is second nature to him;

i) M. Allen – has not been deposed and federal defendants have refused to identify him. He will testify that he stole or destroyed or converted to public use ten boxes of William White's property, including the property of Schedule A to the Amended Complaint;

j) C. McCreary – has not been deposed and federal defendants have refused to identify him. He will testify that he stole or destroyed or converted to public use ten boxes of William White's property, including the property of Schedule A to the Amended Complaint;

k) First Name Unknown May – has not been deposed and federal defendants have refused to identify him. He will testify that Allen and McCreary were given twenty five boxes of William White's property to pack out;

l) Daniel Stone – will testify that it was the regular practice of FCI-Terre Haute staff to steal, destroy or convert to public use property of transferred inmates. He has also not been deposed.

Respectfully Submitted,

William A White #13888-084
FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

-3-

## CERTIFICATE OF SERVICE

I hereby certify that this Preliminary Witness List was mailed to the Clerk of the Court, AUSA Traci Cosby and Robert K Decker, 1ST Class Postage, Pre-paid, this 26TH day of March, 2025.

_____
William A. White

William A White #13888-084
Federal Correctional Institution — Cumberland
PO Box 1000
Cumberland, MD 21501

LEGAL MAIL

13888-084
Us Dist Ct Sd Indiana
921 OHIO ST
Rm 104
Terre Haute, IN 47807
United States

47807-373229

FILED
APR - 3 2025
U.S. CLERK'S OFFICE