IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF INDIANA

Indianapolis Division

William A White

    Plaintiff

v.                                                    Case No: 22-cv-2405

Robert Decker, et al                      Judge Pratt

    Defendants

FINAL WITNESS LIST

Comes Now the Plaintiff, William A White, and I hereby present the following Final Witness List:

1) William A White — will testify regarding his interactions with Robert Decker 2018 to 2022, the events of February 18, 2022, and the harms that resulted, as well as related matte

2) Robert K Decker — will testify regarding his interactions with William A White 2018 to 2022, and the events of February 18, 2022, as well as his subsequent conduct and any related matters.

3) Fabjan Alameti — will testify as to Decker's threats to White, who was aware of them, and his statements to White about these threats as well as related matters.

—1—

4) Daniel Aaron Stone - will testify that he witnessed Decker threaten White to Jamie Wheeler about February 7, 2022 and/or another dates, and related matters.

5) Kathy Hill - will testify regarding Decker's interactions with White about June 2018 to February 2019, the decision to transfer Decker from USP-Marion CMU to FCI-Terre Haute in about March 2019, and the decision to transfer White to FCI-Terre Haute in January 2022, as well as related matters.

6) Jamie Wheeler - will testify regarding Decker's activities at FCI-Terre Haute, threats Decker made to White, and the decision to transfer White to FCI-Terre Haute in January 2022, as well as related matters

7) Michael Miller - will testify regarding Decker's activities at FCI-Terre Haute, as well as the decision to transfer White from FCI-Terre Haute in July 2022, and any related matters.

8) Jodi Wampler - will testify regarding Decker's and White's interactions at USP-Marion about June 2018 to March 2019 and related matters.

9) Michael Collis - will testify regarding White's transfer to FCI-Terre Haute in January 2022, and the decision to discharge White from CMU and transfer him from FCI-Terre Haute in July 2022, and any related matters.

-2-

10) Fred Roshto - will testify regarding BOP transfer policies and White's transfers to FCI-Terre Haute in January 2022 and his transfer out in July 2022, as well as any related matters.

11) Todd Royer. - will testify regarding the decision to transfer White to FCI-Terre Haute in January 2022, to discharge White from CMU and transfer him from FCI-Terre Haute in July 2022, as well as related matters.

Sincerely,

William A White # 13888-084

FCI-Cumberland

PO Box 1000

Cumberland, MD 21501

CERTIFICATE OF SERVICE

I hereby certify that this Final Witness List was mailed to the Clerk of the Court, the US Attorney's Office for the Southern District of Indiana, and Robert K. Decker, 1ST Class Postage Prepaid, this 30TH day of April, 2026, by legal mail.

William A White

-3-



William A White# 13888-084
Federal Correctional Institution- Cumberland
POBox 1000
Cumberland, MD 21501

BALTIMORE MD 212

30 APR 2026  PM 4  L

13888-084
US Dist Ct SD Indiana
921 OHIO ST
Rm 104
Terre Haute, IN 47807
United States

FILED
MAY 04 2026
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

LEGAL MAIL

47807-373699

received
APR 0
FCI CUM
Mailroom

FEDERAL CORRECTIONAL INSTITUTION
14601 BURBRIDGE ROAD, SE
CUMBERLAND, MARYLAND 21502

THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER HAS
BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.