UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WILLIAM A. WHITE, | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-2405-TWP-TAB |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| ROBERT KENNETH DECKER, et.al. | ) | |
| Defendant(s). | ) | |

Notice is hereby given that Robert K. Decker, defendant, in the above entitled case, hereby appeals to the United States of Appeals for the Seventh Circuit, from the final judgment from an Order, Doc. 304, dated April 20, 2026, by the Honorable Tanya Walton Pratt, United States District Court Judge, denying the fact that the Defendant, Robert K. Decker had never received the said Summary Judgment motion by the Plaintiff in this matter, Doc. 253 and the fact that I never had a chance to respond to said motion.

Respectfully submitted,

Dated: May 5, 2026

Robert K. Decker #51719-074
FCI Cumberland - CMU
P.O. Box 1000
Cumberland, MD 21501

Robert K. Decker # 51719-074
Federal Correctional Institution
Cumberland - CMU
PO Box 1000
Cumberland, MD 21501

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

⟨⟩51719-074⟨⟩
U S Dist Court Clerk
921 OHIO ST
Attn: Court Clerk
Terre Haute, IN 47807
United States

26-51719074-0504-m0-2

FILED
MAY 18 2026
U.S. CLERK'S OFFICE

