UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WILLIAM A WHITE,                                    )
                                                   )
                        Plaintiff,                 )
                                                   )
              v.                                   )        No. 1:22-cv-02405-TWP-TAB
                                                   )
ROBERT KENNETH DECKER,                             )
UNITED STATES OF AMERICA,                          )
FEDERAL BUREAU OF PRISONS,                         )
                                                   )
                        Defendants.                )

**ENTRY FOR MAY 27, 2026**
**THE HONORABLE TANYA WALTON PRATT**

Plaintiff William White appeared *pro se*, in person and in custody. Defendants United States of America and Federal Bureau of Prisons appeared by Traci Cosby and Gina Shields, Assistant United States Attorneys. Defendant Robert Decker appeared *pro se*, via video conference. David Moxley was the Court Reporter. Parties appeared for a final pretrial conference at the Indianapolis Courthouse.

Discussion held regarding pending motions, anticipated witnesses and exhibits. The Court will issue a separate Entry consistent with Federal Rule of Civil Procedure 16.

The bench trial remains scheduled for June 29, 2026 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

IT IS SO ORDERED.

Date:    5/27/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

WILLIAM A WHITE
244332
GRAYSON DETENTION CENTER
320 SHAW STATION ROAD
LEITCHFIELD, KY 42754

ROBERT KENNETH DECKER
51719-074
CUMBERLAND - FCI
CUMBERLAND FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
CUMBERLAND, MD 21501

Traci Marie Cosby
DOJ-USAO
Traci.Cosby@usdoj.gov

Gina M. Shields
DOJ-USAO
Gina.Shields@usdoj.gov

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov