IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF INDIANA

Indianapolis Division

William A White
    Plaintiff

v.

Robert K. Decker, et al
    Defendants

Case No: 22-cv-2405

## NOTICE

Comes Now the Plaintiff, William A White, and I hereby give the Court and all parties Notice that:

1) My address has changed to:

    William A White # 83966
    Delaware County Jail
    3100 S. Tilliton
    Muncie, IN 47302

2) My motion for access to my legal papers as to Grayson County Detention Center is moot. It is not moot as to the US Marshals Service and the Delaware County Sheriff, who can be substituted for Grayson County. My legal papers arrived at Grayson County Detention Center after I was moved yesterday. They were mailed back, I am currently seeking permission from Delaware County to receive them. A Court instruction in this regard would be helpful.

-1-

Respectfully Submitted,

_William A White #83966_

William A White #83966

Delaware County Jail

3100 S. Tilliton

Muncie, IN 47302

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was mailed to the Clerk of the Court, 1st Class Postage Prepaid, this __21st__ day of May, 2026. The United States will be served by ECF. I lack materials to make and send a copy to Decker and lack a current address for him.

_William A White_

William A White

-2-

William A White #83044
Delaware County Jail
3100 S. Tillton
Muncie, IN 47302

INDIANAPOLIS IN   460

27 MAY 2026   PM 4   L

FOREVER / USA

Clerk
United States District Court
    for the Southern District of Indiana
46 E. Ohio St
Indianapolis, IN 46204

**FILED**

MAY 2 9 2026

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204-190399